# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131550

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

ALICIA ANN NELSON,
          Defendant-Appellant.

SC: 131550
COA: 269922
Saginaw CC: 99-017098-FH

_____/

On order of the Court, the application for leave to appeal the May 4, 2006 order of the Court of Appeals is considered, and it is DENIED, because the issues raised in the application are now moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

*Corbin R. Davis*

d1023

Clerk